UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Guillermo Perez Rosales, Belkis Vanessa Banegas Lainez, and Javier Fernandez-Martinez, Individually on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>ROCK SPRING CONTRACTING LLC, EAGLE HOME IMPROVEMENTS LLC, BROTHERS RC CONTRACTORS LLC, and COWBOYS CONTRACTORS LLC,<br><br>　　　　　　　　Defendants. | Case No.  3:23-cv-407 |

## JOINT MOTION TO APPROVE SETTLEMENT

Plaintiffs Guillermo Perez Rosales ("Rosales"), Belkis Vanessa Banegas Lainez ("Lainez"), and Javier Fernandez-Martinez ("Fernandez")  ("Named Plaintiffs"), on behalf of themselves and all others similarly situated, ("Plaintiffs") and Rock Spring Contracting LLC ("Rock Spring") and Brothers RC Contractors LLC ("Brothers") ("Defendants") by their respective counsel, respectfully move this Court to approve their settlement in this matter for the reasons more fully set forth in the accompanying memorandum of law.

### CONCLUSION

Wherefore the parties request that the Court approve the settlement.

Respectfully submitted,

/s/ *Zev Antell*
Craig Juraj Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74634)
Samantha R. Galina (VSB No. 96981)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
Fax: (804) 237-0413
craig@butlercurwood.com
zev@butlercurwood.com
samantha@butlercurwood.com

*Counsel for Plaintiffs*

 /s/
Sharon S. Goodwyn (VSB No. 28822)
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 E. Byrd St.
Richmond, VA  23219-4074
(804) 788-8200
(804) 788-8218 *facsimile*
sgoodwyn@huntonak.com

Teresa D. Teare (PHV)
Paul D. Burgin (PHV)
SHAWE ROSENTHAL LLP
One South Street, Suite 1800
Baltimore, Maryland 21202
Tel: (410) 752-1040
Fax: (410) 752-8861
teare@shawe.com
pdb@shawe.com

*Counsel for Rock Spring Contracting LLC*

 /s/
Zach Miller (VSB No. 85860)
MCCLANAHAN POWERS PLLC
3160 Fairview Park Drive
Falls Church, Virginia 22042
Tel: (703) 520-1326
zmiller@mcplegal.com

*Counsel for Brothers RC Contractors LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

*/s/ Zev Antell*
Zev H. Antell (VSB No. 74634)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
Fax: (804) 237-0413
zev@butlercurwood.com

*Counsel for Plaintiffs*